UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-1612-JLT (PC)<br><br>**ORDER TO ASSIGN DISTRICT JUDGE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**FOURTEEN-DAY DEADLINE** |

    Plaintiff's complaint was recently screened and found to state the following cognizable claims: (1) a First Amendment retaliation claim against defendants Diaz, Garcia, Linon, and Ceballos; (2) a First Amendment mail mishandling claim against Diaz; (3) an Eighth Amendment excessive force claim against Garcia and Ceballos; and (4) an Eighth Amendment medical indifference claim against Ceballos. (Doc. 10.) No other claims were cognizable as pled.

    In that screening order, plaintiff was directed to submit a notice indicating whether he wished to proceed with the complaint as screened, whether he wished to file a new pleading, or whether he wished to dismiss this action. Plaintiff was specifically forewarned that failure to comply with the Court's order would result in the recommendation that the action be dismissed for failure to obey a court order and failure to prosecute. The deadline for responding to the Court's order has now passed, and plaintiff has not submitted his notice or an amended pleading, and he has not

requested an extension of time to do so.

Accordingly, the Court **ORDERS** the Clerk of Court to assign a district judge to this case; and

The Court **RECOMMENDS** that this action be dismissed for failure to obey a court order and failure to prosecute.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 1, 2020**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

2