UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>N. DIAZ, et al.,<br><br>    Defendants. | Case No. 1:19-cv-1612-NONE-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

Plaintiff has filed a notice of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants, who have been served but not yet filed a responsive pleading, have filed a statement of non-opposition. Because no responsive pleading has yet been filed, the dismissal does not require court order. Accordingly, the Clerk of Court is directed to close this case pursuant to plaintiff's notice.

IT IS SO ORDERED.

   Dated:   **February 3, 2021**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

1